**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7085**

———————

ARTHUR SHANNON GILL,

                              Plaintiff - Appellant,

        versus

ROBERT  A.  IRONS,  Judge;  MICHAEL  TURNER;
DOUGLAS ARBUCKLE,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.  Charles H. Haden II, Chief
District Judge.  (CA-00-397-5)

———————

Submitted:  November 30, 2000      Decided:  December 11, 2000

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Arthur Shannon Gill, Appellant Pro Se.  Gregory Howard Schillace,
MCNEER, HIGHLAND, MCMUNN & VARNER, L.C., Clarksburg, West Virginia,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur Shannon Gill appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting in part and rejecting in part the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gill v. Irons, No. CA-00-397-5 (S.D.W. Va. July 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED